AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 08 Cr. 581 |
| Luis Pestana ) | USM No: 45010-054 |
| ) | |
| Date of Original Judgment: 07/17/2009 ) | Jesse M. Siegel, Esq. |
| Date of Previous Amended Judgment: ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  180  months **is reduced to**  144 months                              .

*(Complete Parts I and II of Page 2 when motion is granted)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 2-6-17

Except as otherwise provided, all provisions of the judgment dated   07/17/2009   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   02/06/2017

X /s/ John F. Keenan
Judge's signature

Effective Date: _____
*(if different from order date)*

Hon. John F. Keenan, U.S. District Judge
*Printed name and title*