**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

    - against -

**LUIS PESTANA,**

              **Defendant.**

08-cr-581 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Government should respond to the application for an early termination of supervised release, ECF No. 189, by **March 13, 2023,** and should include the views of the probation department. The defendant may reply by **March 20, 2023.**

SO ORDERED.
Dated:   **New York, New York**
          **March 4, 2023**

/s/ John G. Koeltl
**John G. Koeltl**
**United States District Judge**