UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

UNITED STATES OF AMERICA,

    - against -

LUIS PESTANA,
            Defendant.
―――――――――――――――――――――――――――――

08-cr-581 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Government should respond to the defendant's motion for early termination of supervised release by **March 11, 2025,** and should include the views of the Probation Office.

The defendant may reply by **March 25, 2025.**

The Clerk is directed to mail a copy of this order to the defendant at:

    Victor Pacheco Diaz

    Parque Escorial 1801

    Alturas del Parque Carolina

    Puerto Rico 00987

SO ORDERED.
Dated:   New York, New York
          February 11, 2025

                                        John G. Koeltl
                                United States District Judge