UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       - against -

LUIS PESTANA,

               Defendant.

08-cr-581 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Government should docket its response to the defendant's motion for early termination of supervised release in the correct case.

SO ORDERED.
Dated:    New York, New York
          April 2, 2025

                       John G. Koeltl
                United States District Judge